Clear Form

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: **The Housing Authority of the City of Slidell**                    **19-1583 C**

Location of Plaintiff(s)/Petitioner(s) (city/state): **1250 Martin Luther King Drive, Slidell, LA**

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): **James M. Williams**

Firm Name: **Chehardy Sherman Williams Murray Recile Stakelum & Haye**

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: **P.O. Box 931**

Street Address: **One Galleria Blvd., Suite 1100**

City-State-ZIP: **Metairie - Louisiana - 70001**

Telephone & Facsimile Numbers: **504-833-5600 & 504-833-8080**

E-mail Address: **jmw@chehardy.com**

Is the attorney of record admitted to the Court of Federal Claims Bar?    ● Yes  ○ No

Nature of Suit Code: **118**
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: **HUD**

Number of Claims Involved: **1**

Amount Claimed: $ **1,700,000 estimate**
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____

Is plaintiff a small business?    ○ Yes  ● No

Was this action preceded by the filing of a protest before the GAO?    ○ Yes  ● No    GAO Solicitation No. _____

If yes, was a decision on the merits rendered?    ○ Yes  ● No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.    ○ Yes  ● No