# In the United States Court of Federal Claims

No. 19-1583C
(Filed: August 9, 2021)

|  |  |
|---|---|
| **HOUSING AUTHORITY OF THE CITY OF SLIDELL,**  *Plaintiff,*  v.  **THE UNITED STATES,**  *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

On July 12, 2021, the parties filed a status report indicating that they had drafted a document memorializing a settlement agreement, and they are in the process of obtaining final approval for and executing the agreement. ECF No. 46 at 1. The parties indicated that they "require[d] more time for final approval and execution of the document, and to fulfill certain terms prior to stipulating to dismissal of this action." *Id*. The parties thus requested to file another status report in thirty days. *Id*.

On August 9, 2021, the parties filed a status report notifying the Court that they "have executed a document memorializing that [settlement] agreement, and are now in the process of fulfilling certain terms of that agreement. The parties will stipulate to the dismissal of this action once that process is complete." ECF No. 47 at 1. The parties anticipate filing such a stipulation within the next month, but request to file a status report in thirty days if that stipulation has not yet been filed. *Id*.

Accordingly, the Court hereby **ORDERS** the parties to file a joint status report on or before **September 8, 2021**, if a stipulation of dismissal is not filed prior to that date. The Court commends the parties and their counsel on their work to resolve this matter.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
Matthew H. Solomson
Judge