IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HOUSING AUTHORITY<br>OF THE CITY OF SLIDELL,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | No. 19-1583C<br><br>(Judge Solomson) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the rules of this Court, the parties jointly stipulate to the dismissal of this case with prejudice and with each party to bear its own costs and expenses.

Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS MURRAY, RECILE, STAKELUM, & HAYES, LLP**

s/ James M. Williams
JAMES M. WILLIAMS, LA. BAR NO. 26141
INEMESIT U. O'BOYLE, LA. BAR NO. 30007
PATRICK R. FOLLETTE, LA. BAR NO. 34547
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone:  (504) 833-5600
Facsimile:  (504) 833-8080

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARTIN F. HOCKEY, JR.
Acting Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Reta E. Bezak
RETA E. BEZAK
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0041

*Attorneys for Defendant*

Date: September 8, 2021